# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CR218-48** | DATE **12/09/2019** |
| TITLE **USA v. Xontavious Hawkins** | |
| TIMES **1:44 - 2:06** | TOTAL **22 Minutes** |

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Marcela Mateo | Tom Peterson | |

PROCEEDINGS : **Sentencing**  ☑ In Court  ☐ In Chambers

Objections - Yes ; as to paragraphs 21 - The defendant confirms 851 conviction.
As to those paragraphs not objected to, the Court adopts the findings of fact and conclusion of applicable advisory guidelines.
Defendant 1:45 / Government 1:46 - Objection sustained
The Court finds a total Offense Level 31 / Criminal History VI / Guideline 188-235 Months / 6 year supervised release / $30,000 - $2,000,000 fine / $100 special assessment / no minimum - 30 years maximum
Defense 1:49 - 1:55 / Government 1:55 - 1:57 / Defendant 1:57 - 1:58
Court - BOP 188 months consecutive to the sentence imposed in revocation CR210-34 / 6 years supervised release/ standard, special and mandatory conditions of release / FCI Jesup to the extent space and security allow / any job training available for HVAC / recommendation to BOP for RDAP / no fine / $100 special assessment / ineligible for federal benefits for 5 years / no firearms or weapons / no new violations / DNA sample / substance abuse testing / subject to searches / Counts 1, 6, an 8 dismissed / appeal waiver.