# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

XONTAVIOUS DIONTE HAWKINS,

      Movant,

    v.

UNITED STATES OF AMERICA,

      Respondent.

2:23-cv-68
(2:18-cr-48)

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss Movant Xontavious Hawkins's ("Hawkins") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. No. 6. Hawkins did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Not in Jesup" and "Return to Sender, Refused, Unable to Forward." Dkt. No. 7.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I

**GRANT** Respondent's Motion to Dismiss, **DISMISS** Hawkins's 28 U.S.C. § 2255 Motion, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.  I also **DENY** Hawkins *in forma pauperis* status on appeal and a Certificate of Appealability.

 **SO ORDERED**, this 3 day of October, 2024.

 _____
 HON. LISA GODBEY WOOD, JUDGE
 UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF GEORGIA